**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

KINSALE INSURANCE COMPANY,

Plaintiff,

vs. CASE NO. 4:19-cv-00544-MW-MAF

PULTEGROUP, INC., PULTE HOME COMPANY, LLC, LEVELTECH, INC., *et al.*,

Defendants.
_________________________________/

**DEFENDANT HOMEOWNERS' JOINDER IN PULTE'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

COME NOW, Defendants, RUSSELL BAKER, CHARLES BAUMANN, KEN BITNER, DONALD CAMPBELL, RICHARD CLAUSS, LUIZA CUKO, WILLIS DAY, TOM FREDERICKSEN, ARLINE GOLDBERG, JOHN GRANT, MICHAEL HILL, ARTHUR LITTLE, JOAN LITTLE, SUSAN MISHKIN, LORA NASBY, ROBERT NIEDERMEYER, DON ROBERTSON, ROBERT SANDS, MICHAEL SCHWEBEL, CHERYL STOEBE, CRYSTAL TESH, PAUL TESH, CATHERINE VILLANELLA AND JOSEPH VILLANELLA (hereinafter the "Homeowner Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), and hereby move this Court to dismiss Plaintiff, KINSALE

INSURANCE COMPANY's ("Kinsale"), Amended Complaint for Declaratory Judgment [DOC #36], with Prejudice, and in support thereof state as follows:

1. Homeowner Defendants hereby join in the arguments raised in PulteGroup, Inc. and Pulte Home Company, LLC's Motion to Dismiss Plaintiff's Amended Complaint filed on May 8, 2020 [DOC #42].

WHEREFORE, HOMEOWNER DEFENDANTS respectfully request the Court enter an order dismissing KINSALE INSURANCE COMPANY'S Amended Complaint for Declaratory Judgment with Prejudice and for any other and further relief this court deems appropriate.

**CERTIFICATE OF COMPLIANT WORD LIMIT**

Pursuant to Local Rule 7.1(F), the undersigned counsel certifies that this Motion contains 167 words.

By: */s/ Amanda K. Anderson*
BOYLE, LEONARD & ANDERSON, P.A.
Amanda K. Anderson (FBN: 0091297)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 29, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties listed on the below service list.

By: */s/ Amanda K. Anderson*
BOYLE, LEONARD & ANDERSON, P.A.
Amanda K. Anderson (FBN: 0091297)
2050 McGregor Boulevard

Fort Myers, FL 33901
TEL: (239) 337-1303
FAX: (239) 337-7674
Primary: Eservice@Insurance-Counsel.com
Secondary #1: AAnderson@Insurance-Counsel.com
Secondary #2: PCrochet@Insurance-Counsel.com
ATTORNEYS FOR PULTEGROUP, INC. AND PULTE HOME COMPANY, LLC, RUSSELL BAKER, CHARLES BAUMANN, KEN BITNER, DONALD CAMPBELL, RICHARD CLAUSS, LUIZA CUKO, WILLIS DAY, TOM FREDERICKSEN, ARLINE GOLDBERG, JOHN GRANT, MICHAEL HILL, ARTHUR LITTLE, JOAN LITTLE, SUSAN MISHKIN, LORA NASBY, ROBERT NIEDERMEYER, DON ROBERTSON, ROBERT SANDS, MICHAEL SCHWEBEL, CHERYL STOEBE, CRYSTAL TESH, PAUL TESH, CATHERINE VILLANELLA AND JOSEPH VILLANELLA

**SERVICE LIST:**

| DEFENDANT | DEFENDANT COUNSEL | COUNSEL EMAIL |
|---|---|---|
| Kinsale Insurance Company | Sina Bahadoran, Esq.<br>Andres Cordova, Esq.<br>Clyde & Co US LLP<br>1221 Brickell Ave., Suite 1600<br>Miami, FL 33131<br>TEL: (305) 446-2646 | Sina.bahadoran@clydeco.us;<br>andres.cordova@clydeco.us |
| Leveltech, Inc. | F. Eugene Atwood, Esq.<br>Regan Atwood, P.A.<br>9905 Old St. Augustine Rd., #400<br>Jacksonville, FL 32257<br>TEL: (904) 356-1300 | gatwood@reganatwood.com<br>courtpapers@reganatwood.com |