# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KINSALE INSURANCE COMPANY

    Plaintiff,

vs.                                                           CASE NO: 4:19-cv-00544-MW-MAF

PULTEGROUP, INC., PULTE
HOME COMPANY, LLC,
LEVELTECH, INC. and, as
Interested Parties, JOSEPH
VILLANELLA, CATHERINE
VILLANELLA, RICK CLAUSS,
RUSSELL BAKER, LUIZA CUKO,
KEN BITNER, DON
ROBERTSTON, ROBERT
NIEDERMEYER, MICHAEL
SCHWEBEL, JODECI
LAWRENCE, MARJORIE
LAWRENCE, CHARLES
BAUMANN, LORA NASBY,
WILLIE DAY, JOAN LITTLE,
ARTHUR LITTLE, CHERYL
STOEBE, DONALD CAMPBELL,
TOM FREDERICKSEN, CESAR
ORELLANA, CRYSTAL TESH,
KJERSTI ALLEN, DARRYL
ALLEN, ARLINE GOLDBERG,
JOHN GRANT, MICHAEL HILL,
ROBERT SANDS, and SUSAN
MISHKIN,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Kinsale Insurance Company ("Kinsale"), and Defendants, Pulte Home Company, LLC, Pultegroup, Inc. (together, "Pulte"), Leveltech, Inc., Russell Baker, Charles Baumann, Ken Bitner, Donald Campbell, Richard Clauss, Luiza Cuko, Willis Day, Tom Fredericksen, Arline Goldberg, John Grant, Michael Hill, Arthur Little, Joan Little, Susan Mishkin, Lora Nasby, Robert Niedermeyer, Don Robertson, Robert Sands, Michael Schwebel, Cheryl Stoebe, Crystal Tesh, Catherine Villanella and Joseph Villanella, by and through their undersigned counsel, jointly stipulate to dismiss this lawsuit with prejudice and with each party to bear its own attorney's fees and costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' settlement agreement, which has been fully executed.

Respectfully submitted,

/s/ ANDRES CORDOVA
**SINA BAHADORAN**
Florida Bar No. 523364
sina.bahadoran@clydeco.us
**ANDRES CORDOVA**
Florida Bar No. 0118147
andres.cordova@clydeco.us

Clyde & Co US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
T: 305.446.2646
*Attorneys for Kinsale*

/s/ F. EUGENE ATWOOD
**F. Eugene Atwood** (Trial Counsel)
Florida Bar No. 0133078

Regan Atwood, P.A.
9905 Old St. Augustine Rd., Suite 400
Jacksonville, FL 32257
(904) 356-1300
(904) 356-8050 Facsimile
gatwood@reganatwood.com
courtpapers@reganatwood.com
*Attorneys for Leveltech*

/s/ AMANDA K. ANDERSON
**Amanda K. Anderson**
Florida Bar No. 0091297

Boyle, Leonard & Anderson, P.A.
2050 McGregor Boulevard
Fort Myers, FL 33901
TEL: (239) 337-1303
Eservice@Insurance-Counsel.com
AAnderson@Insurance-Counsel.com
*Attorneys for Pulte, Baker, Baumann, Bitner, Campbell, Clauss, Cuko, Day, Fredericksen, Goldberg, Grant, Hill, Little, Mishkin, Nasby, Niedermeyer, Robertson, Sands, Schwebel, Stoebe, Tesh, Villanella*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on November 25, 2020, this document was filed via the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

/s/ANDRES CORDOVA
ANDRES CORDOVA