# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**KINSALE INSURANCE COMPANY,**

    *Plaintiff*,

v.   CASE NO.:  4:19cv544-MW/MAF

**PULTEGROUP, INC.,
PULTE HOME COMPANY, LLC,
LEVELTECH, INC., et al.,**

    *Defendants*.

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal with prejudice.  ECF No. 113.  The notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, the Clerk must close the file.

**SO ORDERED on November 30, 2020.**

                                                          s/Mark E. Walker            
                                                          **Chief United States District Judge**